*W. H. Ticknor* for appellant.
*Evan Hollister* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.

---

FRANK C. KRUG, Appellant, *v.* HOMER D. BLISS, Respondent.

*Krug* v. *Bliss*, 171 App. Div. 976, affirmed.
(Argued June 2, 1919; decided July 15, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 22, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The action was to recover accumulated penalties for alleged failure on the part of defendant, the treasurer of a corporation, to furnish plaintiff with a statement of the financial affairs of the corporation pursuant to a request served under section 69 of the Stock Corporation Law. The answer alleged that the corporation had gone out of existence and that defendant had no property to plaintiff's knowledge, of any kind belonging to it in his hands. Also, that plaintiff had been furnished with a statement of the affairs of said corporation.

*James O. Sebring* for appellant.
*Walter N. Renwick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, MCLAUGHLIN and ANDREWS, JJ. Not sitting: POUND, J.